PHILIP H. McDEVITT, Respondent, *v.* THE NORTH SECOND STREET AND MIDDLE VILLAGE RAILROAD COMPANY, Appellant.

(Argued September 22, 1875; decided October 5, 1875.)

*Daniel J. Walden* for the appellant.

*E. Louis Lowe* for the respondent.

Agree to affirm.　No opinion.
All concur.
Judgment affirmed.

---

JOHN P. PRALL, Appellant, *v.* THE MUTUAL PROTECTION LIFE INSURANCE COMPANY, Respondent.

(Argued September 22, 1875; decided October 5, 1875.)

*Abram Wakeman* for the appellant.

*Sewell & Pierce* for the respondent.

Agree to affirm.　No opinion.
All concur.
Judgment affirmed.